OPINION — AG — A SCHOOL DISTRICT WHICH HAS FAILED TO MAINTAIN SCHOOL WITHIN THE DISTRICT DURING THE SCHOOL YEAR 1963-64 MUST BE DISORGANIZED BY THE STATE BOARD OF EDUCATION AND ANNEXED TO THE DISTRICT MAINTAINING TRANSPORTATION FOR SAID TERRITORY PRIOR TO THE BEGINNING OF THE 1964-65 SCHOOL TERM. CITE: 70 O.S. 1961 7-2 [70-7-2](C), OPINION NO. DATED MARCH 3, 1959 TO OLIVER HODGE (W. J. MONROE)